UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Jonathan Hickerson,

                  Plaintiff,        Case No. 25-12884

v.                          Judith E. Levy
                                United States District Judge
Heidi Washington, *et al.*,

                                Mag. Judge Patricia T. Morris

                  Defendants.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION [32]

Before the Court is Magistrate Judge Patricia T. Morris' Report and Recommendation recommending the Court grant in part and deny in part Defendants' motion for summary judgment and to dismiss. (ECF No. 32.) The parties were required to file specific written objections, if any, within 14 days of service. Fed. R. Civ. P. 72(b)(2); E.D. Mich. L.R. 72.1(d). No objections were filed. The Court has nevertheless carefully reviewed the Report and Recommendation and concurs in the reasoning and result.

Accordingly, the Report and Recommendation (ECF No. 32) is ADOPTED and Defendants' motion for summary judgment and to dismiss (ECF No. 25) is GRANTED IN PART and DENIED IN PART.

Plaintiff's First and Sixth Amendment denial of access to the court claims are DISMISSED. The remainder of Plaintiff's claims remain in the case.

IT IS SO ORDERED.

Dated: May 14, 2026          s/Judith E. Levy
Ann Arbor, Michigan       JUDITH E. LEVY
                                      United States District Judge

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or first-class U.S. mail addresses disclosed on the Notice of Electronic Filing on May 14, 2026.

s/William Barkholz
WILLIAM BARKHOLZ
Case Manager